CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Emails: Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALICIA MALUAFITI, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | CR. NO. 23-00015-JAO <br><br> UNITED STATES' WITNESS LIST; <br> CERTIFICATE OF SERVICE <br><br> <u>SUPPRESSION HEARING</u> <br> Date: November 21, 2023 <br> Time: 9:00 a.m. <br> Judge: Honorable Jill A. Otake |

**<u>UNITED STATES' WITNESS LIST</u>**

The United States of America submits the attached witness list for the

hearing in the above-captioned matter. The United States reserves the right to call

any witnesses named or disclosed by the defendant, and any witnesses who may become necessary by way of rebuttal or impeachment.

DATED: November 21, 2023, at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii


By  */s/ Mohammad Khatib*
   MOHAMMAD KHATIB
   Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

**UNITED STATES OF AMERICA**  **WITNESS LIST**

v.

**ALICIA MALUAFITI**  CR. NO. 23-00015-JAO

| PLF. No.: | Description of Witnesses |
|---|---|
| 1 | DEA Diversion Investigator Gary Whisenand |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date a true and correct copy of the foregoing was served electronically via the district court's CM/ECF filing system on counsel of record.

DATED: November 21, 2023, at Honolulu, Hawaii.

<u>/s/ Mohammad Khatib</u>
U.S. Attorney's Office
District of Hawaii